# In the United States Court of Federal Claims

No. 09-367L
(Filed: January 20, 2016)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN P. FURLONG, ET AL.,　　　　　*

　　　　　　　　　　　　　　　　　*

　　　　　　　Plaintiffs,　　　　　*

　　　　　　　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　　　　*

THE UNITED STATES,　　　　　　　　*

　　　　　　　　　　　　　　　　　*

　　　　　　　Defendant.　　　　　*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On January 15, 2016, this case was transferred to the undersigned pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims. It appearing that the parties are currently participating in the court's Alternative Dispute Resolution Program ("ADR"), it is hereby **ORDERED** that resolution of the following motions is hereby **STAYED** pending the outcome of **ADR**: 1) the parties' cross motions for partial summary judgment as to liability; and 2) the parties' cross motions for partial summary judgment as to the appropriate interest rate.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge